2009-37259
FILED
August 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002025759

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE: )
Senior Care Advocates, Inc. )
)
)
) Bankruptcy Case No.
)
)
)
_____ Debtors. )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (<u>please check and complete one</u>):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

### OR

☐ typed in scannable format on paper, consisting of ____ pages and listing a total of _____ creditors, **[only acceptable with conventionally filed petitions <u>not</u> prepared by an attorney or bankruptcy petition preparer]**

### OR

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of ___168___ creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: ___8-13-09___

_____    _____
Debtor's Signature              Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

1

8544 Purvis
1713 Magnolia Place
El Macero, CA  95618

Accountemps
P.O. Box 60000
San Francisco, CA  94160

Albert Muller
3715 Midvale Avenue
Oakland, CA  94602

Alhambra & Sierra Springs
P.O. Box 660570
Dallas, TX  75266

Alhambra & Sierra Springs CBA
CBA
P.O. Box 5013
Hayward, CA  94540-5013

AmeriEstate Legal Plan, Inc.
3525 Hyland Avenue, Suite 150
Costa Mesa, CA  92626

Anthony M. Despotes, Esq.
(For Estate Of Thelma May Bennett)
P.O. Box 20
Stockton, CA  95201-3020

Applied Sales Technology, Inc.
P.O. Box 320066
San Francisco, CA  94132

Applied Sales Technology, Inc.
C/O Derek Le
P.O. Box 292742
Sacramento, CA  95829

AT&T
66765
P.O. Box 660688
Dallas, TX  75266

AT&T
8767
P.O. Box 78522
Phoenix, AZ  85062

AT&T
Payment Center
Sacramento, CA  95887

AT&T
P.O. Box 660688
Dallas, TX  75266

Auburn Oaks Printing
11860 Kemper Road, Unit 10
Auburn, CA  95603

Bank Of America
P.O. Box 37176
San Francisco, CA  94137

Bank of America
P.O. Box 9004
Renton, WA  98057

Bank Of America (Roseville Main)
P.O. Box 37176
San Francisco, CA  94137-0176

Banks & Watson Hall Of Justice Building
813 Sixth Street, Suite 400
Sacramento, CA  95814

Beaman, Michael
Secure Inheritance Corp
5206 Birdie Court
Rocklin, CA  95677

Bessie Shimmon
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Better Business Bureau
3075 Beacon Blvd
West Sacramento, CA  95691

Billie Swanberg
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Caine & Weiner
(for Pitney Bowes)
P.O. Box 5010
Woodland Hills, CA  91365-5010

Capital Contractors
P.O. Box 3079
Hunington Station, NY  11746

Capital Network Solutions, Inc.
9795-A Business Park Drive
Sacramento, CA  95827

Capitol Corporate Services
P.O. Box 1831
Austin, TX  78767

Capitol Services Inc
P.O. Box 1831
Austin, TX  78767

Cdyne Corporation
2125 Smith Avenue, Suite 200
Chesapeake, VA  23320

CIT
P.O. Box 550599
Jacksonville, FL  32255

CIT
P.O. Box 100706
Pasadena, CA  91189

CIT
Box 100706
Pasadena, CA  91189

CIT Technology Financial Services, Inc.
P.O. Box 550599
Jacksonville, FL  32555

City Of Roseville
P.O Box 45807
San Francisco, CA  94145

Clear Channel
1440 Ethan Way, #200
Sacramento, CA  95825

Corine Thornton
24417 Margaret Drive
Hayward, CA  94542

Danny and Jacqueline Steakley
3509 Elite Drive
Sacramento, CA  95823

Dennis Hill
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Department Of Justice
Office Of The Attorney General
1425 River Park Drive, #300
Sacramento, CA  95814

Downey Brand LLP
621 Capital Mall, 18th Floor
Sacramento, CA  95814

Downey Brand, LLP
621 Capital Mall, 18th Floor
Sacramento, CA  95814

Dr. Ronald C. Gregory
1105 Hillcrest Blvd.
Colfax, CA  95713

Dyne, Friedland And Omarani
P.O. Box 827
Woodland Hills, CA  91365

Earl Sellers
10818 Elkhorn Drive
Stockton, CA  95209

Emergency Services Restoration, Inc.
P.O. Box 2567
Redondo Beach, CA  90278

Emily Duarte
3648 Ferry Lane
Fremont, CA  94555

Employment Development Department
P.O. Box 826273 MIC92759
Sacramento, CA  94230

Erida Parker
5446 Greenridge Road
Castro Valley, CA  94552

Ernest J. Nordquist
400 East Grandview Avenue
Sierra Madre, CA  91024

Farmers Insurance - Credit Collection
Services, Check Processing Center 27
P.O. Box 55126
Boston, MA  02459

Farmers Insurance - Credit Collection
Services
Two Wells Avenue, Dept. 9134
Newton, MA  02459

Farmers Insurance Group
11879 Kemper Road, Suite 1
Auburn, CA  95602

Fay Fernandez
19235 Hillsdale Drive
Sonora, CA  95370

Federal Express
P.O. Box 371461
Pittsburgh, PA  15250

First American Real Estate Solutions
P.O. Box 847239
Dallas, TX  75284

First American Real Estate Solutions
4 First American Way
Santa Ana, CA  92707

First Bank
P.O. Box 2130
Huntington Beach, CA  92647-0130

First Bank
201 Vernon Street
Roseville, CA  95678

First Bank Loan Servicing
First Bank Of Trust Loan Servicing
P.O. Box 790269
St. Louis, MO  63179-0269

Five 9, Inc.
7901 Stoneridge Drive, Suite 200
Pleasanton, CA  94588

Frank J. Fox
Majors & Fox, LLP
401 West "A" Street, Suite 2350
San Diego, CA  92101

Gale L. Wyley
6 Quince Court
Novato, CA  94947

Garden Internet Solutions
P.O. Box 667
Roseville, CA  95661

GE Capital
P.O. Box 31001-0497
Pasadena, CA  91110

GE Capital
P.O. Box 3083
Cedar Rapids, IA  52406-3083

GE Capital
P.O. Box 31001-0275
Pasadena, CA  91110-0275

General Electric Corporation
(GE Equipment)
P.O. Box 31001-0497
Pasadena, CA  91110

Gloria M. Oates
Dutra & Oates
2377 Gold Meadow Way, Suite 215
Gold River, CA  95670

Harris M. Hanson
P.O. Box 8505
Woodland, CA  95695

Huppe Landscaping
9350 Viking Place
Roseville, CA  95747

Index Tabs Now
3160 Commonwealth, #160
Dallas, TX  75247

Index Tabs Now
P.O. Box 450633
Garland, TX  75045-0633

Inland Business Systems
1500 North Market Blvd.
Sacramento, CA  95834

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Internetworking Specialists, Inc.
3848 Aqua Vista Court
Hayward, CA  94542

IPG, Inc.
680 Sunrise Avenue
Roseville, CA  95661

James and Valerie Walker
680 Sunrise Avenue
Roseville, CA  95661

James Stevens And Daniels
(For Placer Mailing Services)
1283 College Park Drive
Dover, DE  19904-8713

James Walker
624 Lilja Court
Roseville, CA  95678

Jean Darrow
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Jeffrey David Tochterman
2707 K Street #3
Sacramento, CA  95816

Joann Morgan
4357 Walters Road
Fairfield, CA  94533

John And Joann Shoulders
1668 79th Avenue
Oakland, CA  94621

Jon O. Blanda, Esq.
(For Wells Fargo)
31200 Via Colinas, Suite 101
Westlake Village, CA  91362

Jonathan Neil And Associates, Inc.
(For Robert Half International)
1832 Ventura Boulevard, Ste. 1000
Tarzana, CA  91356

Joseph Pidd
11601 Big Four Way
Gold River, CA  95670

Kathleen Micallef
641 Santa Ynez Way
Sacramento, CA  95816

Key Equipment Finance
11030 Circle Point Drive, Suite 200
Westminister, CO  80020

Key Equipment Finance
P.O. Box 74713
Cleveland, OH  44194

Key Equipment Finance, Inc.
600 Travis Street, Suite 1300
Houston, TX  77002

Key Equipment Finance, Inc.
P.O. Box 74713
Cleveland, OH  44194

Kinney, Aaron
8832-C La Riviera Drive
Sacramento, CA  95826

KTRB Radio
1700 Montgomer, Suite 400
San Francisco, CA  94111

Kwidzinski, Raymond
2035 Portsmouth Drive
El Dorado Hills, CA  95762

Law Office Of Jeff Tochterman
925 G Street
Sacramento, CA  95816

Law Office Of Jeremy Weinstein
1512 Bonanza Street
Walnut Creek, CA  94596

Lawrence M. Schwab
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Lee Grieb
1000 Rolling Hill Way
Martinez, CA  94553

Lee, Karen
420 Larchmont Street
Hayward, CA  94544

Lelia Allums
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Linda Hill
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Lloyd Morrill
8336 Butternut Drive
Citrus Heights, CA  95621

Lois Beck
3276 Tomahawk Road
Cool, CA  95614

Louis T. Renz
475 Marsh Street, #155
San Louis Obispo, CA  93401

Mark A. Redmond
1819 K Street, Suite 200
Sacramento, CA  95811

```
Mary Abbott
354 Channing Way
Pacifica, CA  94044

Miguel and Laura Posada
6109 Hutton Court
Marysville, CA  95901

Palmer, Kazanjian, Wohl, Perkins, LLP
520 Capitol Mall, #600
Sacramento, CA  95814

Pang & Associates, Inc.
1028 Laurel Street
San Carlos, CA  94070

Paul F. Mutschler
1150 W. Winton Avenue, Space 560
Hayward, CA  94545

PG&E
P.O. Box 997300
Sacramento, CA  95899-7300

Pitney Bowes Purchase Power
P.O. Box 856042
Louiseville, KY  40285-6042

Pitney Bowes Purchase Power
P.O. Box 571677
Salt Lake, UT  84157

Pitney Bowes Rent
P.O. Box 856390
Louisville, KY  40285

Pitney Bowes, Inc.
3775 N. Freeway Blvd., Suite 100
Sacramento, CA  95834

Pitney Bowes, Inc.
P.O. Box 856390
Lousville, KY  40285-6390

Placer County Tax Collector
2976 Richardson Drive
Auburn, CA  95604

Placer County Tax Collectors
P.O. Box 7790
Auburn, CA  95604

Placer Mailing Services
383 Nevada Street
Auburn, CA  95603
```

Ralph Darrow
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Rita Bachmann
265 Via Casitas
Grennbrae, CA  94904

River City Staffing
3301 Watt Avenue, Suite 100
Sacramento, CA  95821

Robert F. Ingels
1905 Rolls Way
Carmichael, CA  95608

Robert Half International
P.O. Box 60000
San Francisco, CA  64160

Robert Half International
3721 Douglas Boulevard, Ste. 245
Roseville, CA  95661

Robert Schwatzwelder
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Rothschild, Wishek, Chastine & Sands
901 F Street, Suite 200
Sacramento, CA  95814

Ruby D. Hand
1830 Dove Trail Lane
El Dorado Hills, CA  95762

Ruth Grieb
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120

Sacramento County Recorder
P.O. Box 839
Sacramento, CA  95812

Sales Force
The Landmark At
One Market, Suite 300
San Francisco, CA  94105

SalesForce.Com
P.O. Box 842569
Boston, MA  02284-2569

Salesforce.Com, Inc.
P.O. Box 5126
Carol Stream, IL  60197

Sarah McDowell
P.O. Box 145
Wallace, CA  95254

Scott and Baldwin, CPA
1490 Stone Point Drive, Suite 250
Roseville, CA  95661

Secure Legacy Legal Plan
Prepaid Legal Plan - Noel Sheppard
4115 Blackhawk Plaza Circle, #100
Danville, CA  94506

Sharon Trusz
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Sill And Associates, LLC
(For First Bank)
1555 River Park Drive, Ste. 105
Sacramento, CA  95815

Sonora Investments
Bob Connelly
35 Alamo Oaks Lane
Alamo, CA  94507

Staples Credit Plan
P.O. Box 9020
Des Moines, IA  50368-9020

Stern Van Vleck
952 L Street, Suite 850
Sacramento, CA  95814

Steven A. Booska, Esq.
P.O. Box 15809
Sacramento, CA  95852

Steven A. Booska, Esq.
250 Montgomery Street, Ste. 720
San Francisco, CA  94104

Steven Riess
Law Offices Of Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Stevens & O'Connell, LLP
C/O Charles J. Stevens/Steven Kimball
400 Capital Mall, #1400
Sacramento, CA  95814

Surewest
P.O. Box 30697
Los Angeles, CA  90030

Surewest
P.O. Box 969
Roseville, CA  95678

Suzanne Shores
15134 Yosemite Way
Morgan Hill, CA  95037

Terry L. Morgan
4357 Walters Road
Fairfield, CA  94533

Thelma M. Dunn
P.O. Box 5955
Auburn, CA  95604

Thomas Augusta, Trustee Of Mary
Hieb Trust
2718 Kelly Street
Hayward, CA  94541

Toyota Financial Services
P.O. Box 600000
Orangevale, CA  95759-9001

Twin Cities Pest Control, Inc.
1232
463 Trinity Avenue
Yuba City, CA  95991

USPS Postal Meter
1860 Sierra Gardens Drive
Roseville, CA  95661

Valpo, LLC
8150 Sierra College Blvd., Suite 200
Roseville, CA  95661

Valpo, LLC
P.O. Box 15384
Sacramento, CA  95851

Wallace Shimmon
C/O Steven Riess
P.O. Box 7775 #17065
San Francisco, CA  94120-7775

Wanda Picchetti
901 Hillcrest Road
Hollister, CA  95023

Wells Fargo
7357
P.O. Box 29746
Phoenix, AZ  85038

Wells Fargo
7545
P.O. Box 29746
Phoenix, AZ  85038

Wells Fargo Business Card - VISA
7537
P.O. Box 54349
Los Angeles, CA  90054-0349

Wells Fargo Business Card - VISA
7545
P.O. Box 54349
Los Angeles, CA  90054-0349

West Packard
1380 Lead Hill Blvd., Suite 106
Roseville, CA  95661

Wilford Morgan
3550 China Garden Road, Spc. 54
Placerville, CA  95667

William Trusz
1110 Bedford Street
Fremont, CA  94539

William W. Palmer, Esq.
1241 Carter Road
Sacramento, CA  95864-5327

Wyng Chinn
1651 E. Worth Street
Stockton, CA  95205

Zoom Imaging Solutions, Inc.
9816 Business Park Drive, #A
Sacramento, CA  95827

Zurich North America
8712 Innovation Way
Chicago, IL  60682-0087