FILED

August 18, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002030528

1

1  DAVID M. MEEGAN (State Bar No. 114549)
   **MEEGAN, HANSCHU & KASSENBROCK**
2  Attorneys at Law
   11341 Gold Express Drive, Suite 110
3  Gold River, CA  95670
   Telephone:  (916) 925-1800
4  Facsimile:  (916) 925-1265

5  Attorneys for Debtor

6

7

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  [Sacramento Division]

11  In re:                          )   Case No. 09-37259-C-7
                                    )
12  SENIOR CARE ADVOCATES,          )
                                    )
13         Debtor.                  )
                                    )
14  _____   )

15              **NOTICE OF RELATED CASE**

16      **PLEASE TAKE NOTICE** that this case is related to the following case pursuant to

17  Local Rule of Practice 1015(b):

18      James and Valerie Walker         Case No. 09-37260-C-7

19

20

21                          **MEEGAN, HANSCHU & KASSENBROCK**

22

23  Dated: August 18, 2009        By:_____
                                       DAVID M. MEEGAN
24                                     Attorneys for Debtor

25

26

27

28