FILED
August 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002030529

DAVID M. MEEGAN (State Bar No. 114549)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

In re:                                   ) Case No. 09-37259-C-7
                                         )
SENIOR CARE ADVOCATES,                   )
                                         )
      Debtor.                            )
                                         )
_____  )

## PROOF OF SERVICE

I am a citizen of the United States of America, employed in the City and County of Sacramento. My business address is 11341 Gold Express Drive, Suite 110, Gold River, California 95670. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with Meegan, Hanschu & Kassenbrock's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On August 18, 2009, I served the following documents:

**NOTICE OF RELATED CASE**

on the interested parties to this action listed below by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

U.S. Trustee's Office
501 I Street, Room 7-500
Sacramento, CA 95814

////

1 | Thomas A. Aceituno
  | Chapter 7 Trustee
2 | P.O. Box 189
  | Folsom, CA 95763
3
  | Senior Care Advocates, Inc.
4 | c/o James Walker
  | 680 Sunrise Avenue
5 | Roseville, CA 95661

6    The above-referenced documents and this Proof of Service are printed on recycled paper.

7

8    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Gold River, California, on August 18, 2009.

*[signature]*

MARY A. GILLIS