FILED
August 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002031793

DAVID M. MEEGAN (State Bar No. 114549)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

In re:  ) Case No. 09-37259-C-7
)
SENIOR CARE ADVOCATES, )
)
    Debtor. )
)

**CORPORATE OWNERSHIP STATEMENT**

I, James Walker, declare:

1. I am the authorized representative of the debtor, Senior Care Advocates ("Debtor").

2. Pursuant to Federal Rules of Bankruptcy Procedure 1007(a) and 7001.1, the Debtor hereby discloses that no corporation directly or indirectly owns ten percent (10%) or more of any class of the Debtor's equity interests.

Dated: August 18, 2009

By: JAMES WALKER
Authorized Representative of Debtor