FILED

August 25, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002045721

**1**

1  Gloria M. Oates, Bar No. 119222 [gmoates@jps.net]
**DUTRA & OATES**
2  2377 Gold Meadow Way, Suite 215
Gold River, CA  95670
3  Telephone: (916) 526-2798
Facsimile:  (916) 526-2799
4

5  Attorneys for Creditor,
FIRST BANK

6

7                    UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO DIVISION
8

9  In Re:                               )   Case No.      09-37259-C-7
                                        )   Chapter 7
10  SENIOR CARE ADVOCATES, INC.)
                                        )
11  aka Inheritance Protection Group, Inc.   )
   aka Senior Care Advocates of Nevada, Inc.   )
12                                      )
   680 Sunrise Boulevard                )
13  Roseville, CA 95661                  )
                                        )
14              Debtor(s).              )
                                        )
15  ─────────────────────────────────────)

16                    **REQUEST FOR SPECIAL NOTICE**

17         Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, and 11 U.S.C. 102(1), 342

18  and 1109(b), the undersigned requests special notice of all matters which must be noticed to

19  creditors, equity security holders, any creditor or other committee, and any other party in interest,

20  whether sent by the Court, the Debtors, the Trustee or any other party, including, without limitation,

21  orders and notices of any application, motion, petition, pleading, request, complaint or demand.

22  Notice is to be given to the following address:

23  Gloria M. Oates                      E-Mail: gmoates@jps.net
   DUTRA & OATES                        Telephone: (916) 526-2798
24  2377 Gold Meadow Way, Suite 215      Facsimile:  (916) 526-2799
   Gold River, CA  95670
25

26  Date: August 25, 2009                DUTRA & OATES

27                                       By: _Gloria M. Oates_
                                         Gloria M. Oates
28                                       Attorneys for Creditor
                                         First Bank