Gloria M. Oates, Bar No. 119222 [gmoates@jps.net]
**DUTRA & OATES**
2377 Gold Meadow Way, Suite 215
Gold River, CA 95670
Telephone: (916) 526-2798
Facsimile: (916) 526-2799

Attorneys for Creditor,
FIRST BANK

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO DIVISION

| | |
|---|---|
| In Re: ) | Case No. 09-37259-C-7 |
| ) | Chapter 7 |
| SENIOR CARE ADVOCATES, INC.) | |
| ) | |
| aka Inheritance Protection Group, Inc. ) | |
| aka Senior Care Advocates of Nevada, Inc. ) | |
| ) | |
| 680 Sunrise Boulevard ) | |
| Roseville, CA 95661 ) | |
| ) | |
| Debtor(s). ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that:

I am a resident of the United States and am employed in the County of Sacramento. I am over the age of eighteen (18) years and not a party to the within action. My business address is 2377 Gold Meadow Way, Suite 215, Gold River, California 95670.

I am familiar with the practice of this building whereby the mail is sealed and placed in a designated mail collection area. Every day the mail is collected, given the appropriate postage and deposited for mailing with the United States Postal Service the same day in the ordinary course of business.

On August 25, 2009, I served the following documents:

**REQUEST FOR SPECIAL NOTICE**

on the parties as follows:

///

---

Certificate of Service

1

Re: Senior Care Advocates, Inc.
Case No.: 09-37259

| | |
|---|---|
| **Debtors:**<br>Senior Care Advocates, Inc.<br>680 Sunrise Blvd.<br>Roseville, CA 95661 | **Debtor's Attorney:**<br>David M. Meegan<br>11341 Gold Express Dr. #110<br>Gold River, CA 95670<br>[mgillis@mhksacto.com] |
| **U.S. Trustee:**<br>Office of the U.S. Trustee<br>Robert T. Matsui U.S. Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814<br>[ustpregion17.sc.ecf@usdoj.gov] | **Trustee:**<br>Thomas A. Aceituno<br>PO Box 189<br>Folsom, CA 95763<br>[trustee@acetrustee.com] |

REQUESTED NOTICE:

None

[XX] By causing the same to be deposited in the U.S. Mail at Gold River, California, with postage thereon fully prepaid to the following:

[XX] By electronic transmission to the email addresses above pursuant to FRCivP5.

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 25, 2009, at Gold River, Sacramento County, California.

_____
Jean H. Caprile

pos-rfn-Sr. Care.wpd