

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**10/2/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

| Case Number: 09-37259 - C - 7 | Last Day to File an Objection: 11/01/2009 |
|---|---|

**Debtor Name(s) and Address(es):**

Senior Care Advocates, Inc.
680 Sunrise Blvd
Roseville, CA 95661

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Inheritance Protection Group, Inc.
Senior Care Advocates Of Nevada, Inc.

| Trustee: | Thomas A. Aceituno<br>PO Box 189<br>Folsom, CA 95763 |
|---|---|
| Telephone Number: | 916-985-6486 |

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division: 2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:** The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors. The report contains the trustee's certification that the estate has been fully administered.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:** Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor (see **NOTE** below), and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov ).

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's(s') discharge, the Court will, without further notice, enter an order discharging the trustee and closing the case.

Dated:
10/2/09

For the Court,
Richard G. Heltzel , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed (except in an asset case where the trustee made a distribution in accordance with 11 U.S.C. Section 726, but improperly failed to include the objecting party in such distribution); and return of property.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Oct 04, 2009.
```
db          +Senior Care Advocates, Inc.,    680 Sunrise Blvd,    Roseville, CA 95661-4110
aty         +David M. Meegan,    11341 Gold Express Dr #110,    Gold River, CA 95670-4492
aty         +Gloria M. Oates,    2377 Gold Meadow Way #215,    Gold River, CA 95670-4545
tr          +Thomas A. Aceituno,    PO Box 189,    Folsom, CA 95763-0189
cr          +First Bank,    c/o Gloria M. Oates,    2377 Gold Meadow Way #215,    Gold River, CA 95670-4545
16617749    +8544 Purvis,    1713 Magnolia Place,    El Macero CA 95618-1415
16617758    +AT T,    66765,    P O Box 660688,    Dallas TX 75266-0688
16617761    +AT T,    P O Box 660688,    Dallas TX 75266-0688
16617759    +AT T,    8767,    P O Box 78522,    Phoenix AZ 85062-8522
16617760    +AT T,    Payment Center,    Sacramento CA 95887-0001
16617750    +Accountemps,    P O Box 60000,    San Francisco CA 94160-0001
16617751    +Albert Muller,    3715 Midvale Avenue,    Oakland CA 94602-3936
16617752    +Alhambra Sierra Springs,    P O Box 660570,    Dallas TX 75266-0570
16617753     Alhambra Sierra Springs CBA,    CBA,    P O Box 5013,    Hayward CA 94540-5013
16617754    +AmeriEstate Legal Plan Inc,    3525 Hyland Avenue Suite 150,    Costa Mesa CA 92626-1489
16617755     Anthony M Despotes Esq,    For Estate Of Thelma May Bennett,    P O Box 20,
              Stockton CA 95201-3020
16617756    +Applied Sales Technology Inc,    P O Box 320066,    San Francisco CA 94132-0066
16617757    +Applied Sales Technology Inc,    C O Derek Le,    P O Box 292742,    Sacramento CA 95829-2742
16617762    +Auburn Oaks Printing,    11860 Kemper Road Unit 10,    Auburn CA 95603-9593
16617763    +Bank Of America,    P O Box 37176,    San Francisco CA 94137-0176
16617765     Bank Of America Roseville Main,    P O Box 37176,    San Francisco CA 94137-0176
16617764    +Bank of America,    P O Box 9004,    Renton WA 98057-9004
16617766    +Banks Watson Hall Of Justice Building,    813 Sixth Street Suite 400,    Sacramento CA 95814-2429
16617767    +Beaman Michael,    Secure Inheritance Corp,    5206 Birdie Court,    Rocklin CA 95677-4223
16617768     Bessie Shimmon,    C O Steven Riess,    P O Box 7775 17065,    San Francisco CA 94120-7775
16617769    +Better Business Bureau,    3075 Beacon Blvd,    West Sacramento CA 95691-3462
16617770     Billie Swanberg,    C O Steven Riess,    P O Box 7775 17065,    San Francisco CA 94120-7775
16617778    +CIT,    P O Box 100706,    Pasadena CA 91189-0003
16617780    +CIT Technology Financial Services Inc,    P O Box 550599,    Jacksonville FL 32255-0599
16723786    +CIT Technology Financing Services, Inc.,    Bankruptcy Processing Solutions, Inc.,
              800 E Sonterra Blvd #240,    San Antonio TX 78258-3941
16617771     Caine Weiner,    for Pitney Bowes,    P O Box 5010,    Woodland Hills CA 91365-5010
16617772    +Capital Contractors,    P O Box 3079,    Hunington Station NY 11746-0837
16617773    +Capital Network Solutions Inc,    9795-A Business Park Drive,    Sacramento CA 95827-1708
16617774    +Capitol Corporate Services,    P O Box 1831,    Austin TX 78767-1831
16617775    +Capitol Services Inc,    P O Box 1831,    Austin TX 78767-1831
16617776    +Cdyne Corporation,    2125 Smith Avenue Suite 200,    Chesapeake VA 23320-2518
16617781    +City Of Roseville,    P O Box 45807,    San Francisco CA 94145-0807
16617782    +Clear Channel,    1440 Ethan Way 200,    Sacramento CA 95825-2225
16617783    +Corine Thornton,    24417 Margaret Drive,    Hayward CA 94542-1015
16617784    +Danny and Jacqueline Steakley,    3509 Elite Drive,    Sacramento CA 95823-1709
16617785     Dennis Hill,    C O Steven Riess,    P O Box 7775 17065,    San Francisco CA 94120-7775
16617786    +Department Of Justice,    Office Of The Attorney General,    1425 River Park Drive 300,
              Sacramento CA 95815-4524
16617787    +Downey Brand LLP,    621 Capital Mall 18th Floor,    Sacramento CA 95814-4731
16617788    +Dr Ronald C Gregory,    1105 Hillcrest Blvd,    Colfax CA 95713-9559
16617789    +Dyne Friedland And Omarani,    P O Box 827,    Woodland Hills CA 91365-0827
16617790    +Earl Sellers,    10818 Elkhorn Drive,    Stockton CA 95209-4313
16617791    +Emergency Services Restoration Inc,    P O Box 2567,    Redondo Beach CA 90278-8067
16617792    +Emily Duarte,    3648 Ferry Lane,    Fremont CA 94555-3177
16617793     Employment Development Department,    P O Box 826273 MIC92759,    Sacramento CA 94230
16617794    +Erida Parker,    5446 Greenridge Road,    Castro Valley CA 94552-2639
16617795    +Ernest J Nordquist,    400 East Grandview Avenue,    Sierra Madre CA 91024-2013
16617796    +Farmers Insurance - Credit Collection,    Services Check Processing Center 27,    P O Box 55126,
              Boston MA 02205-5126
16617797    +Farmers Insurance - Credit Collection,    Services,    Two Wells Avenue Dept 9134,
              Newton MA 02459-3208
16617798    +Farmers Insurance Group,    11879 Kemper Road Suite 1,    Auburn CA 95603-3488
16617799    +Fay Fernandez,    19235 Hillsdale Drive,    Sonora CA 95370-9206
16617800    +Federal Express,    P O Box 371461,    Pittsburgh PA 15250-7461
16617801    +First American Real Estate Solutions,    P O Box 847239,    Dallas TX 75284-7239
16617802    +First American Real Estate Solutions,    4 First American Way,    Santa Ana CA 92707-5913
16617803     First Bank,    P O Box 2130,    Huntington Beach CA 92647-0130
16656086    +First Bank,    c/o Gloria M. Oates,    Dutra and Oates,    2377 Gold Meadow Way #215,
              Gold River CA 95670-4545
16617804    +First Bank,    201 Vernon Street,    Roseville CA 95678-2632
16617805     First Bank Loan Servicing,    First Bank Of Trust Loan Servicing,    P O Box 790269,
              St Louis MO 63179-0269
16617806    +Five 9 Inc,    7901 Stoneridge Drive Suite 200,    Pleasanton CA 94588-3655
16617807    +Frank J Fox,    Majors Fox LLP,    401 West A Street Suite 2350,    San Diego CA 92101-7921
16617811     GE Capital,    P O Box 3083,    Cedar Rapids IA 52406-3083
16617812     GE Capital,    P O Box 31001-0275,    Pasadena CA 91110-0275
16617808    +Gale L Wyley,    6 Quince Court,    Novato CA 94947-5215
16617809    +Garden Internet Solutions,    P O Box 667,    Roseville CA 95661-0667
16617813    +General Electric Corporation,    GE Equipment,    P O Box 31001-0497,    Pasadena CA 91110-0001
16617814    +Gloria M Oates,    Dutra Oates,    2377 Gold Meadow Way Suite 215,    Gold River CA 95670-4545
16617815    +Harris M Hanson,    P O Box 8505,    Woodland CA 95776-8505
16617816    +Huppe Landscaping,    9350 Viking Place,    Roseville CA 95747-9713
16617820   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
            (address filed with court: Internal Revenue Service,    P O Box 21126,    Philadelphia PA 19114)
16617822    +IPG Inc,    680 Sunrise Avenue,    Roseville CA 95661-4110
```

```
16617818    Index Tabs Now,   P O Box 450633,   Garland TX 75045-0633
16617817   +Index Tabs Now,   3160 Commonwealth 160,   Dallas TX 75247-6218
16617819   +Inland Business Systems,   1500 North Market Blvd,   Sacramento CA 95834-1960
16617821   +Internetworking Specialists Inc,   3848 Aqua Vista Court,   Hayward CA 94542-2170
16617824    James Stevens And Daniels,   For Placer Mailing Services,   1283 College Park Drive,
              Dover DE 19904-8713
16617825   +James Walker,   624 Lilja Court,   Roseville CA 95678-1344
16617823   +James and Valerie Walker,   680 Sunrise Avenue,   Roseville CA 95661-4110
16617826    Jean Darrow,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617827   +Jeffrey David Tochterman,   2707 K Street 3,   Sacramento CA 95816-5130
16617828   +Joann Morgan,   4357 Walters Road,   Fairfield CA 94533-6601
16617829   +John And Joann Shoulders,   1668 79th Avenue,   Oakland CA 94621-2646
16617830   +Jon O Blanda Esq,   For Wells Fargo,   31200 Via Colinas Suite 101,
              Westlake Village CA 91362-3952
16617831    Jonathan Neil And Associates Inc,   For Robert Half International,
              1832 Ventura Boulevard Ste 1000,   Tarzana CA 91356
16617832   +Joseph Pidd,   11601 Big Four Way,   Gold River CA 95670-8212
16617839   +KTRB Radio,   1700 Montgomer Suite 400,   San Francisco CA 94111-1025
16617833   +Kathleen Micallef,   641 Santa Ynez Way,   Sacramento CA 95816-3909
16617835   +Key Equipment Finance,   P O Box 74713,   Cleveland OH 44194-0796
16617834   +Key Equipment Finance,   11030 Circle Point Drive Suite 200,   Westminister CO 80020-2775
16617836   +Key Equipment Finance Inc,   600 Travis Street Suite 1300,   Houston TX 77002-3005
16617838   +Kinney Aaron,   8832-C La Riviera Drive,   Sacramento CA 95826-2071
16617840   +Kwidzinski Raymond,   2035 Portsmouth Drive,   El Dorado Hills CA 95762-5976
16617841   +Law Office Of Jeff Tochterman,   925 G Street,   Sacramento CA 95814-1801
16617842   +Law Office Of Jeremy Weinstein,   1512 Bonanza Street,   Walnut Creek CA 94596-4524
16617843   +Lawrence M Schwab,   Bialson Bergen Schwab,   2600 El Camino Real Suite 300,
              Palo Alto CA 94306-1720
16617844   +Lee Grieb,   1000 Rolling Hill Way,   Martinez CA 94553-4724
16617845   +Lee Karen,   420 Larchmont Street,   Hayward CA 94544-1104
16617846    Lelia Allums,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617847    Linda Hill,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617848   +Lloyd Morrill,   8336 Butternut Drive,   Citrus Heights CA 95621-0116
16617849   +Lois Beck,   3276 Tomahawk Road,   Cool CA 95614-9462
16617850   +Louis T Renz,   475 Marsh Street 155,   San Louis Obispo CA 93401-6102
16617851   +Mark A Redmond,   1819 K Street Suite 200,   Sacramento CA 95811-4183
16617852   +Mary Abbott,   354 Channing Way,   Pacifica CA 94044-1421
16617853   +Miguel and Laura Posada,   6109 Hutton Court,   Marysville CA 95901-6529
16617857    PG E,   P O Box 997300,   Sacramento CA 95899-7300
16617854   +Palmer Kazanjian Wohl Perkins LLP,   520 Capitol Mall 600,   Sacramento CA 95814-4717
16617855   +Pang Associates Inc,   1028 Laurel Street,   San Carlos CA 94070-3919
16617856   +Paul F Mutschler,   1150 W Winton Avenue Space 560,   Hayward CA 94545-1436
16617862    Pitney Bowes Inc,   P O Box 856390,   Lousville KY 40285-6390
16617861   +Pitney Bowes Inc,   3775 N Freeway Blvd Suite 100,   Sacramento CA 95834-1927
16617858    Pitney Bowes Purchase Power,   P O Box 856042,   Louiseville KY 40285-6042
16617859   +Pitney Bowes Purchase Power,   P O Box 571677,   Salt Lake UT 84157-1677
16617860   +Pitney Bowes Rent,   P O Box 856390,   Louisville KY 40285-6390
16617863   +Placer County Tax Collector,   2976 Richardson Drive,   Auburn CA 95603-2640
16617864   +Placer County Tax Collectors,   P O Box 7790,   Auburn CA 95604-7790
16617865   +Placer Mailing Services,   383 Nevada Street,   Auburn CA 95603-3722
16617866    Ralph Darrow,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617867   +Rita Bachmann,   265 Via Casitas,   Grennbrae CA 94904-2301
16617868   +River City Staffing,   3301 Watt Avenue Suite 100,   Sacramento CA 95821-3616
16617869   +Robert F Ingels,   1905 Rolls Way,   Carmichael CA 95608-5732
16617870   +Robert Half International,   P O Box 60000,   San Francisco CA 94160-0001
16617871   +Robert Half International,   3721 Douglas Boulevard Ste 245,   Roseville CA 95661-4244
16617872    Robert Schwatzwelder,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617873   +Rothschild Wishek Chastine Sands,   901 F Street Suite 200,   Sacramento CA 95814-0733
16617874   +Ruby D Hand,   1830 Dove Trail Lane,   El Dorado Hills CA 95762-6752
16617875   +Ruth Grieb,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617876   +Sacramento County Recorder,   P O Box 839,   Sacramento CA 95812-0839
16617877   +Sales Force,   The Landmark At,   One Market Suite 300,   San Francisco CA 94105-5102
16617878    SalesForce Com,   P O Box 842569,   Boston MA 02284-2569
16617879   +Salesforce Com Inc,   P O Box 5126,   Carol Stream IL 60197-5126
16617880   +Sarah McDowell,   P O Box 145,   Wallace CA 95254-0145
16617881   +Scott and Baldwin CPA,   1490 Stone Point Drive Suite 250,   Roseville CA 95661-2845
16617882   +Secure Legacy Legal Plan,   Prepaid Legal Plan - Noel Sheppard,   4115 Blackhawk Plaza Circle 100,
              Danville CA 94506-4616
16617883    Sharon Trusz,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617884   +Sill And Associates LLC,   For First Bank,   1555 River Park Drive Ste 105,
              Sacramento CA 95815-4603
16617885   +Sonora Investments,   Bob Connelly,   35 Alamo Oaks Lane,   Alamo CA 94507-2700
16617886    Staples Credit Plan,   P O Box 9020,   Des Moines IA 50368-9020
16617887    Stern Van Vleck,   952 L Street Suite 850,   Sacramento CA 95814
16617889   +Steven A Booska Esq,   250 Montgomery Street Ste 720,   San Francisco CA 94104-3424
16617888   +Steven A Booska Esq,   P O Box 15809,   Sacramento CA 95852-0809
16617890    Steven Riess,   Law Offices Of Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617891   +Stevens O Connell LLP,   C O Charles J Stevens Steven Kimball,   400 Capital Mall 1400,
              Sacramento CA 95814-4498
16617892   +Surewest,   P O Box 30697,   Los Angeles CA 90030-0697
16617893    Surewest,   P O Box 969,   Roseville CA 95678
16617894   +Suzanne Shores,   15134 Yosemite Way,   Morgan Hill CA 95037-6038
16617895   +Terry L Morgan,   4357 Walters Road,   Fairfield CA 94533-6601
16617896   +Thelma M Dunn,   P O Box 5955,   Auburn CA 95604-5955
```

```
16617897     +Thomas Augusta Trustee Of Mary,   Hieb Trust,   2718 Kelly Street,   Hayward CA 94541-3405
16617898     +Toyota Financial Services,   P O Box 600000,   Orangevale CA 95759-9100
16617899     +Twin Cities Pest Control Inc,   1232,   463 Trinity Avenue,   Yuba City CA 95991-5750
16617900     +USPS Postal Meter,   1860 Sierra Gardens Drive,   Roseville CA 95661-2959
16617901     +Valpo LLC,   8150 Sierra College Blvd Suite 200,   Roseville CA 95661-9416
16617902     +Valpo LLC,   P O Box 15384,   Sacramento CA 95851-0384
16617903      Wallace Shimmon,   C O Steven Riess,   P O Box 7775 17065,   San Francisco CA 94120-7775
16617904     +Wanda Picchetti,   901 Hillcrest Road,   Hollister CA 95023-5146
16617905     +Wells Fargo,   7357,   P O Box 29746,   Phoenix AZ 85038-9746
16617906     +Wells Fargo,   7545,   P O Box 29746,   Phoenix AZ 85038-9746
16617907      Wells Fargo Business Card - VISA,   7537,   P O Box 54349,   Los Angeles CA 90054-0349
16617908      Wells Fargo Business Card - VISA,   7545,   P O Box 54349,   Los Angeles CA 90054-0349
16617909     +West Packard,   1380 Lead Hill Blvd Suite 106,   Roseville CA 95661-2997
16617910     +Wilford Morgan,   3550 China Garden Road Spc 54,   Placerville CA 95667-6911
16617911     +William Trusz,   1110 Bedford Street,   Fremont CA 94539-4604
16617912      William W Palmer Esq,   1241 Carter Road,   Sacramento CA 95864-5327
16617913     +Wyng Chinn,   1651 E Worth Street,   Stockton CA 95205-7041
16617914     +Zoom Imaging Solutions Inc,   9816 Business Park Drive A,   Sacramento CA 95827-1740
16617915      Zurich North America,   8712 Innovation Way,   Chicago IL 60682-0087

The following entities were noticed by electronic transmission on Oct 02, 2009.
16617777     +E-mail/Text: citjaxbankruptcy@cit.com                      CIT,   P O Box 550599,
               Jacksonville FL 32255-0599
16617810     +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2009 05:35:30     GE Capital,   P O Box 31001-0497,
               Pasadena CA 91110-0001
                                                                                           TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16617779*    +CIT,   Box 100706,   Pasadena CA 91189-0003
16617837*    +Key Equipment Finance Inc,   P O Box 74713,   Cleveland OH 44194-0796
                                                                                       TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 04, 2009**    **Signature:** *Joseph Speetjens*