FILED

OCT 09 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

368 Kilham Road
Auburn, California 95603-4110
Peaches95827@hotmail or yahoo.coms
530-575-5338

The Honorable Christopher M. Klein
United States Bankruptcy Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

October 8, 2009

Regarding multiple cases
Case No. 09-37259-C-7
Case No. 09-37260-C-7

Good Day Your Honor;

I have a question regarding the above dos cases if I may please?

I have submitted to Senior Case Advocates a Bank of America Cashier's Check made out to my Mom Julie Anne Wallgren-Wiseman in the amount of $700.000 to purchase a house Mrs. Wiseman and her Brother Charles Wallgren currently owns.

I do not understand why and was wondering if you could explain why my check is a component of these Bankruptcy Proceedings, and or why the Debtor James Walker or his or my Counsel just can't enter the file and remove my Mom's check since the Check is not solely the Debtors' Property?

Purchasing a house with someone who you love, for the first time. Should be as Special and Beautiful as Getting Married and having or Adopting Children!

Why so difficult please?

Respectfully Submitted;

*Julianna Teresa Wiseman*
Julianna-Teresa Wiseman